FILED
2010 Jan-21  PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY DICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:08-CV-910-LSC |
| ) | |
| CRC INSURANCE SERVICES, INC., ) | |
| a corporation, et. al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Doc. 32) on December 14, 2009, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed.

This court has made a de novo determination of those findings and portions objected to by the Defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

The Court is of the opinion that the magistrate judge's report is due to

be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED. Counts One and Two of this action are due to be DISMISSED WITH PREJUDICE. Counts Three and Four of this action are due to be DISMISSED WITHOUT PREJUDICE. A separate order consistent with this Opinion is issued herewith.

    Done this 21st day of January 2010.

                                      L. SCOTT COOGLER
                             UNITED STATES DISTRICT JUDGE
                                                  153671